**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOE WILLIS YOUNG**                                                              **PLAINTIFF**

**v.**                                **CASE NO. 4:22-CV-00704-BSM**

**SPOTIFY**                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of January, 2023.


                                                    _Brian S. Miller_
                                            UNITED STATES DISTRICT JUDGE